IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00313-CR

No. 10-06-00314-CR

 

Michael Larkin,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 



From the 52nd District Court

Coryell County, Texas

Trial Court Nos. FISC-05-17710
and FO-06-18232

 



ORDER










 

          On May 2, 2007, we abated these appeals
so the trial court could determine why no brief had been filed.  On May 1,
2007, appellant had filed a motion for extension of time to file his brief.  We
withdraw the May 2, 2007 abatement order, reinstate the appeals, and grant
appellant’s second motion for extension of time to file his brief.  Appellant’s
brief is due May 21, 2007.

 

                                                          PER
CURIAM




 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Order
withdrawn and appeal reinstated

Order
issued and filed May 16, 2007

Do
not publish